AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

MICHAEL MONCRIEF,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:14-cv-00252-RCJ-WGC**

EMPLOYMENT SECURITY DIVISION,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#4) is GRANTED.

  July 23, 2014                      **LANCE S. WILSON**
                                            Clerk

                                              /s/ D. R. Morgan
                                              Deputy Clerk